OLIVER GEBO, as Guardian ad Litem of VERNON GEBO, an Infant under the Age of Fourteen Years, Appellant, v. JOSEPH GLENN FINDLEY and EARL BEAGLE, Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment is for defendants in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.